IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN LOWRY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D15-4091

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed August 16, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Shawn Lowry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, WETHERELL, and RAY, JJ., CONCUR.